UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roxane Bernhard et al., | No. 2:20-cv-02353-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| City of Tracy et al., | |
| Defendants. | |

On June 15, 2021, this court issued an order dismissing the City of Tracy, allowing plaintiffs twenty-one (21) days to file an amended complaint. *See* ECF No. 12. No further action has been taken by plaintiffs to complete litigation of this case. On October 27, 2021, City of Tracy moved for the court to dismiss it from this action, with prejudice. *See* ECF No. 14.

IT IS THEREFORE ORDERED that plaintiffs show cause within fourteen days of the date of this order why the court should not dismiss City of Tracy for lack of prosecution under Federal Rule of Civil Procedure 41(b). This order resolves ECF No. 14.

DATED: November 9, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1