Bradley J. Swingle, SBN 171535
File No. 10388
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980

Attorneys for Defendants
 CITY OF TRACY, SCOTT MUIR, KENNETH STEELE, OFFICER WILLURST,
 OFFICER GONZALEZ, RICHARD GRAHAM, TIM BAUER, JERROD JESSER
 and OFFICER ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANE BERNHARD and RANDY B. BERNHARD,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF TRACY; et al.,<br><br>      Defendants.<br>_____/ | Case No.: 2:20-cv-02353-KJM-KJN<br><br>**ORDER DISMISSING THE CITY OF TRACY WITH PREJUDICE**<br><br>**Honorable Kimberly J. Mueller**<br>**Chief United States District Judge** |

On June 15, 2021, this Court issued an order dismissing the City of Tracy, with the Court allowing Plaintiffs twenty-one (21) days to file an amended complaint. (ECF No. 12)

On October 27, 2021, the City of Tracy moved for the court to dismiss it from this action, with prejudice. See ECF No. 14.

On November 9, 2021, the Court issued an order that plaintiffs show cause within fourteen days of the date of this order why the court should not dismiss City of Tracy for lack of prosecution under Federal Rule of Civil Procedure 41(b). See ECF No. 15.

That time having passed, the Court hereby dismisses the City of Tracy, with prejudice.

//

//

ORDER DISMISSING THE CITY OF TRACY WITH PREJUDICE - 1

Accordingly, IT IS HEREBY ORDERED that:

1. The City of Tracy is DISMISSED with prejudice.

DATED: January 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING THE CITY OF TRACY WITH PREJUDICE - 2