UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANE BERNHARD and RANDY B. BERNHARD,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TRACY, et al.,<br><br>Defendants. | Case No. 2:20-cv-2353-KJM-KJN<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 23, 24.) |

On April 23, 2022, the court ordered plaintiffs to respond to defendants' discovery requests and ordered plaintiffs to show cause why this case should not be dismissed for failure to prosecute. (ECF No. 23.) On April 28, 2022, counsel for plaintiffs responded, noted the discovery requests have been responded to, the attorney-fee sanctions to defendants have been paid, and plaintiffs intend to proceed with the case. (ECF No. 24.) Given plaintiffs' counsel's declaration, the order to show cause is DISCHARGED without further comment.

Dated:  April 29, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bern.2353

1