DAVID J. BEAUVAIS (SB #84275)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 517-1348
Email: davebeau@pacbell.net

Attorney for Plaintiffs
ROXANE BERNHARD and
RANDY B. BERNHARD

Bradley J. Swingle, SBN 171535
File No. 10388
**ARATA, SWINGLE, VAN EGMOND & HEITLINGER**
**A Professional Law Corporation**
1207 I Street
Post Office Box 3287
Modesto, California 95353
Telephone: (209) 522-2211
Facsimile: (209) 522-2980
Email: bswingle@arata-law.com

Attorneys for Defendants
  SCOTT MUIR, KENNETH STEELE, OFFICER WILLURST, OFFICER GONZALEZ,
  RICHARD GRAHAM, TIM BAUER, JERROD JESSER and OFFICER ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANE BERNHARD and RANDY B. BERNHARD,<br><br>            Plaintiffs,<br><br>vs.<br><br>CITY OF TRACY; et al.,<br><br>            Defendants.<br>_____/ | Case No.: 2:20-cv-02353-KJM-KJN<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND EXTENDING PRETRIAL DEADLINES [F.R.C.P. 16(b)4]** |

   The parties, Plaintiffs Roxanne Bernhard and Randy Bernhard ("Plaintiffs") and Defendants Scott Muir, Kenneth Steele, Officer Willurst, Officer Gonzalez, Richard Graham, Tim Bauer, Jerrod Jesser and Officer Ortiz ("Defendants") through their respective attorneys of record, hereby move the Court to reschedule certain dates set by this Court in the Minutes [ECF 13] from the Scheduling Conference held on June 17, 2021.

//

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER - 1

WHEREAS, Plaintiffs filed their Complaint on November 23, 2020;

WHEREAS, the minutes from the Scheduling Conference of June 17, 2021, set the following dates:

1. Fact discovery shall be completed by April 1, 2022;
2. Expert disclosures shall be completed by May 1, 2022;
3. Rebuttal expert witnesses shall be exchanged by May 23, 2022
4. All expert discovery shall be completed by June 22, 2022; and
5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by June 26, 2022.

WHEREAS, on April 13, 2021, Defendants filed a motion to dismiss. (ECF 5.) On June 15, 2021, the Court issued its order on the motion to dismiss. (ECF. 12.) In particular, the Court dismissed the City of Tracy but granted Plaintiffs 21 days leave to amend as to the City of Tracy. Having received no amended complaint, Defendants submitted a proposed order dismissing the City of Tracy. (ECF 14.) On November 10, 2021, the Court ordered Plaintiffs to show cause within 14 days why the City of Tracy should not be dismissed. (ECF 15.) Having received no amended complaint from Plaintiffs, on January 11, 2022, a proposed order dismissing the City of Tracy was filed. (ECF 16.) On January 14, 2022, the Court signed the order dismissing the City of Tracy. Thereafter, on March 2, 2022, Defendants filed their answer to the complaint.

WHEREAS, on November 17, 2021, Defendants served on Roxane Bernhard and Randy Bernhard interrogatories and requests for production. This discovery was carefully calculated to address the liability issues and damages alleged in this case. Having received no responses and no request for an extension of time, on December 22, 2021, Defendants' counsel sent correspondence to Plaintiffs' counsel in an attempt to meet and confer regarding the untimely responses. The letter requested full and complete responses on or before January 7, 2022 and suggested that a motion to compel may need to be filed if responses were not received. Having received no responses and no Response to the meet and confer letter, on March 2, 2022, Defendants filed a motion to compel with a hearing date of April 12, 2022. (ECF 19). No opposition to the motion was filed.

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER - 2

WHEREAS, on April 13, 2022, the Court granted Defendants' motion to compel and ordered responses provided on or before April 27, 2022 and ordered sanctions payable to Defendants' counsel. The Court also issued an order to show cause why the action should not be dismissed with prejudice in its entirety for a failure to prosecute. (ECF 23.) On April 28, 2022, Plaintiffs provided responses to the discovery at issue as part of Defendants' motion to compel. In addition, Plaintiffs' counsel served a response to the order to show cause and, without going into great detail, counsel acknowledged a delay in providing responses. (ECF 24.) Plaintiffs' counsel has fully complied with the orders to compel and paid sanctions and the court discharged the order to show cause.

WHEREAS, because of these delays, Defendants have not been able to conduct discovery in a timely fashion in accordance with the prior Scheduling Order. On June 13, 2022, counsel for the parties met and conferred via telephone to discuss an extension of the pre-trial discovery and disclosure dates and all parties herein are in agreement that the pre-trial deadlines in the Scheduling Order dated June 17, 2021, be extended.

WHEREAS, F.R.C.P. 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order. The parties submit that good cause exists to modify the scheduling order for the reasons set forth herein. In addition, the interests of justice will be served by an order modifying the June 17, 2021 Scheduling Order;

WHEREAS, this is the first request to modify the Scheduling Order;

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE THE COURT FOR AN ORDER MODIFYING THE JUNE 17, 2021 SCHEDULING ORDER AND RESETTING THE FOLLOWING DEADLINES:

1. Fact discovery shall be completed by **November 1, 2022**;

2. Expert disclosures shall be completed by **December 16, 2022**;

3. Rebuttal expert witnesses shall be exchanged by **January 16, 2023**;

4. All expert discovery shall be completed by **March 16, 2023;** and

//

//

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER - 3

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by **June 16, 2023.**

Dated: July 7, 2022.

By /s/ David J. Beauvais (approved 7/2/22)
DAVID J. BEAUVAIS
Attorney for Plaintiffs
ROXANE BERNHARD and RANDY B. BERNHARD

Dated: July 7, 2022.

ARATA, SWINGLE, VAN EGMOND & HEITLINGER
A Professional Law Corporation

By /s/ Bradley J. Swingle
BRADLEY J. SWINGLE
Attorneys for Defendants
SCOTT MUIR, KENNETH STEELE,
OFFICER WILLURST, OFFICER GONZALEZ,
RICHARD GRAHAM, TIM BAUER, JERROD JESSER
and OFFICER ORTIZ

## **ORDER**

Pursuant to the stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that the Scheduling Order dated June 17, 2021, be modified as follows:

1. Fact discovery shall be completed by **November 1, 2022**;

2. Expert disclosures shall be completed by **December 16, 2022**;

3. Rebuttal expert witnesses shall be exchanged by **January 16, 2023**;

4. All expert discovery shall be completed by **March 16, 2023;** and

5. All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be heard by **June 16, 2023.**

**IT IS SO ORDERED.**

DATED: July 7, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER MODIFYING SCHEDULING ORDER - 4